MARCH 9, 1988

No. 87–1229. S. G. ADAMS PRINTING & STATIONERY CO. *v.* MAY CENTERS, INC. App. Ct. Ill., 5th Dist. Certiorari dis-

missed under this Court's Rule 53.